UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DEBORAH V. ADAMS,

                Plaintiff,

v.

KROGER LIMITED PARTNERSHIP I, and
REPUBLIC NATIONAL DISTRIBUTING
COMPANY, LLC

                Defendants.

Action No. 3:11−CV−141

## ORDER

THIS MATTER is before the Court on a Motion for Summary Judgment ("Motion") (ECF No. 26) filed by Defendant Kroger Limited Partnership I ("Kroger"). For the reasons stated in the accompanying Memorandum Opinion, the Court finds that there are genuine disputes of material facts and Kroger is not entitled to judgment as a matter of law. Therefore, the Court DENIES Kroger's Motion.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                          _____/s/_____
                          James R. Spencer
                          United States District Judge

ENTERED this   27th   day of February 2012.